### 686. ZEIGLER *v.* THE STATE.

HILL, C. J. 1. Where it appears, from an inspection of the minutes of the superior court, that a named person was selected as bailiff of the grand jury, a presumption arises that, as such bailiff, he was duly sworn and qualified to act in that capacity. *Bird* v. *State,* 53 *Ga.* 603.

2. There is no law requiring the bailiff of the grand jury to be sworn in open court and the fact entered on the minutes of the court. The solicitor-general can properly administer the oath to him in open court or before the grand jury. Penal Code, § 798, par. 3.

3. A member of the grand jury, who was present and saw and heard the oath administered to the bailiff in open court, is competent to prove that fact. *Elliott* v. *State,* 1 *Ga. App.* 113 (57 S. E. 972).

*Judgment affirmed.*

Accusation of misdemeanor, from city court of Sylvania — Judge Boykin. June 10, 1907.

Submitted October 7,—Decided October 14, 1907.

*E. K. Overstreet,* for plaintiff in error.

*T. J. Evans, solicitor,* contra.